STEPHEN NAEHER v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LEAVENWORTH.
No. 15,054. (92 Pac. 1135.)

Error from Leavenworth district court; JAMES H. GILLPATRICK, judge. Opinion filed October 5, 1907. Reversed.

*John T. O'Keefe,* and *E. B. Baker,* for plaintiff in error.

*Lee Bond,* county attorney, for defendant in error.

*Per Curiam:* This case involves the question whether a county attorney may maintain an action in the name of the board of county commissioners to recover fees alleged to have been paid to a former county officer in excess of those authorized by law. The question was determined in *Kerby v. Clay County,* 71 Kan. 683, 81 Pac. 503, and following the rule in that case the judgment of the district court is reversed.